## Exhibit A to the Complaint

**Location:** Cleveland, OH  
**Total Works Infringed:** 27  
**IP Address:** 76.188.216.18  
**ISP:** Spectrum

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: D0854C51628C35C3A0BE12D62CEDF6C96D321E03<br>File Hash:<br>1B0884076768B211859C2DC1D3ECB3B989849337E01D8EDA7E7EAF79F0BDB3F7 | 08-26-2023<br>02:45:25 | TushyRaw | 08-23-2023 | 09-18-2023 | PA0002431079 |
| 2 | Info Hash: D212CC5B4061740A931F101DC63A79BCE63A4A34<br>File Hash:<br>2487C02AB8E4E3674E341AD6234EC9554FAA242BE86F04B57C914A61C009BEB6 | 08-22-2023<br>15:30:24 | Tushy | 08-20-2023 | 09-18-2023 | PA0002430899 |
| 3 | Info Hash: 251E98FDDBF487C34DF4A4378903DF0134382A03<br>File Hash:<br>B16D5B37DC5D64EF629C18B33A934DA9B5FE3D11B60F02EBDE2AE911BC2F2DA9 | 08-22-2023<br>15:29:42 | Blacked | 08-19-2023 | 09-18-2023 | PA0002430893 |
| 4 | Info Hash: AB96F2DB81117B5E0100384CD115BCAA8F9F4AB5<br>File Hash:<br>98CB8CBC9D40ACBF2B8A1EDCC550BE44005F7E3767A6CD6C0F34558D674309AC | 08-11-2023<br>15:54:56 | Blacked Raw | 08-07-2023 | 08-17-2023 | PA0002425526 |
| 5 | Info Hash: F1F4E95D3F747B9A36FD28295A79B3BAC8C5FD65<br>File Hash:<br>453F6DAA583A6CF6BE2F314A534DE48F0E9B690FB702BCF1D27041099E345649 | 08-01-2023<br>16:30:27 | Blacked | 07-30-2023 | 08-17-2023 | PA0002425764 |
| 6 | Info Hash: F2CDA3E7EFFB94323CA4B5F4134D3F8E872216B7<br>File Hash:<br>967682FD283AB7D0140EE1FEF41F39A54F0AD87BFA60AC6B4E98C72173C5213E | 08-01-2023<br>16:30:22 | Blacked Raw | 07-31-2023 | 08-17-2023 | PA0002425528 |
| 7 | Info Hash: 8198FCFF43A2010C34FA503D6AB16D75E3087638<br>File Hash:<br>30B331DFDB94E10F79ADF0EB56CF4367E676510A5E0A42B3AF5D2087B6985C71 | 07-23-2023<br>18:04:02 | TushyRaw | 07-19-2023 | 08-17-2023 | PA0002425534 |
| 8 | Info Hash: 114A824EC7BC9618981419810D490E129F5FC2F9<br>File Hash:<br>75898BDFAA0C37E1B679F720C2738F0BF311344565B9492AF08A27F9527E2E6B | 07-23-2023<br>18:00:48 | Blacked | 07-22-2023 | 08-17-2023 | PA0002425765 |
| 9 | Info Hash: A1664017567AB5B323B029EDAC26496A7AA65A2E<br>File Hash:<br>F7B562EF391535B385EB3E2E762109B0B9383D3A92C9ED49335CC39E8F40A8CE | 07-17-2023<br>03:34:58 | Vixen | 07-14-2023 | 08-17-2023 | PA0002425769 |
| 10 | Info Hash: 9C41308E5DB8820F5E530560B7CAFDD192FCF9F3<br>File Hash:<br>0345A9BDA3924921AD96202D3BD46DD5A9058144D9BC5D31B9C2DE681DE0551C | 07-14-2023<br>03:28:47 | TushyRaw | 07-12-2023 | 08-17-2023 | PA0002425538 |
| 11 | Info Hash: B3D6DC4BF0E286342F04FE37324EFA8F59D5B7F6<br>File Hash:<br>4A721DF3E117E314A4E986AA4E76B47DE90FBA44CC651E24C493150B6DD3ED84 | 07-11-2023<br>21:44:40 | Slayed | 02-07-2023 | 05-05-2023 | PA0002414452 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: EB3AFA7446AD5C76F0AF4DF2E90D6995B8F61225<br>File Hash: 3C17AF5A700F5A8026B68927F3CB12BDB395B560FA4FDE2BFB88A8567E9F73D0 | 07-10-2023 21:39:29 | Blacked | 07-08-2023 | 07-13-2023 | PA0002420354 |
| 13 | Info Hash: 259C3061A4BD639AFA7A99248B6BA5DD05E1630A<br>File Hash: 1174E1DB87AB8452D1CA23A43632AA660688173E7A38C85A9BE736F8B13EEB48 | 07-07-2023 03:07:20 | TushyRaw | 07-05-2023 | 07-13-2023 | PA0002420347 |
| 14 | Info Hash: 4C948EF3A05199CBDBF9D0FA744DF106E78150E2<br>File Hash: D8B6BC69E458999E9A69080EE8BA8B4ED3B55212016A7E77A8528D717EF98AD3 | 07-06-2023 00:08:24 | Blacked Raw | 07-03-2023 | 07-13-2023 | PA0002420355 |
| 15 | Info Hash: 5868129A7C59FF27730E9E1C4C3C8B13F3354F21<br>File Hash: E39AB01B5889CF2F92651AD3328806701AE4D663E185745ABF0269A01B50B299 | 07-03-2023 19:01:14 | Blacked | 07-01-2023 | 07-13-2023 | PA0002420349 |
| 16 | Info Hash: 23B77B0CF63867ADB90CBDEE1935DB5E0840B528<br>File Hash: E41BFBB6CD344A7E1F71F97CBD1A92232814DD011070B758AC519FEBE8CC8303 | 07-03-2023 04:18:47 | TushyRaw | 06-28-2023 | 08-22-2023 | PA0002431059 |
| 17 | Info Hash: 919A88F63D482611220967EEFE99B6669317742C<br>File Hash: 4AC9421AB70BE5053E3D148D03BA2DF013A5B609B4D8ADB325A3121CC03DA16B | 06-28-2023 19:27:21 | Blacked Raw | 06-28-2023 | 07-13-2023 | PA0002420343 |
| 18 | Info Hash: F3C116A08858187FFC16F74309929EBA47701B9F<br>File Hash: 6BAE52A8227829C345B57D2879FBECD0114ACE56C48255D3F35618A8557865E7 | 06-26-2023 16:45:11 | Tushy | 06-18-2023 | 07-13-2023 | PA0002420350 |
| 19 | Info Hash: 8D68CA2B47D8104C4924CA8600131B3FE3688F53<br>File Hash: C3DF71DA4256A070876209E548F5F1FB45CADB67BF401F3647DF669EB673DE95 | 06-26-2023 16:44:45 | Blacked | 06-24-2023 | 07-13-2023 | PA0002420341 |
| 20 | Info Hash: 324EC61E71465F4386CB6D0BEB19E8C18D533ABD<br>File Hash: 868D6D210F82788A4E0BC13A7CB5AE0D7C95BA237597E577C619A04A6DF583F0 | 06-26-2023 16:38:32 | Tushy | 06-25-2023 | 07-13-2023 | PA0002420342 |
| 21 | Info Hash: FAD2FBF47A0377CBA50150AA5272396744D2B4AC<br>File Hash: E8FBBF3A7747F3F3E86F8D9E134966CBEE065DFD5469844EE196458048CC5B18 | 06-05-2023 02:02:19 | Blacked Raw | 06-03-2023 | 06-09-2023 | PA0002415371 |
| 22 | Info Hash: A6EA7322227167BB958372EA0FF00D8E41D18E19<br>File Hash: AA26482D229D74AD1E385E34673390A2FEC721A9EF9F38C2EA74C0156CE5BDF1 | 05-30-2023 14:22:07 | Blacked Raw | 05-24-2023 | 06-09-2023 | PA0002415389 |
| 23 | Info Hash: 893932E9AF5006B530FA71C8A4646E3CDC474CAA<br>File Hash: DC371AAF346BA03418D1621ACF8B5994B51984574BD22B2113CF6D23AFD7D79E | 05-18-2023 04:00:29 | Blacked | 05-13-2023 | 06-09-2023 | PA0002415384 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 3FD934424B28B5BD8B23C1B69ABBA61109FA67CF<br>File Hash:<br>F15DD0F6FAC922F2FCAF422BFAAE2CE56F17A128FBFDA15E922A3A29D87575B9 | 05-18-2023<br>03:54:32 | Blacked Raw | 05-14-2023 | 06-09-2023 | PA0002415357 |
| 25 | Info Hash: CFA75A24B84A2616FCFFB6C021018A2CBD810625<br>File Hash:<br>E66FFF6C6FDFF2A69BB993DAB1FDD5F17A77176FC647F8F3D8CCE1D9DC9F0414 | 05-15-2023<br>23:31:21 | Vixen | 05-12-2023 | 06-09-2023 | PA0002415370 |
| 26 | Info Hash: 932B8A45D86348898B357249B339EB4B3B5376DA<br>File Hash:<br>DD652ADFFA1628CC76B6C2B75B5061AE70B321FB9DA3F08DE38766DEC47A9AF5 | 05-12-2023<br>01:13:44 | Blacked | 11-06-2021 | 11-11-2021 | PA0002321284 |
| 27 | Info Hash: 1D1695665E956F1A119187017F0C40F9F58DC7AB<br>File Hash:<br>A6DFC8DE958A72B3E787C772444A310604C4AE6642DF342A33D0289BEEB38C1E | 05-04-2023<br>23:54:19 | Tushy | 04-23-2023 | 05-14-2023 | PA0002411314 |