UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| STRIKE 3 HOLDINGS, LLC, | ) | Case No. 1:23 CV 1861 |
| | ) | |
| | ) | JUDGE DONALD C. NUGENT |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER OF DISMISSAL |
| | ) | |
| JOHN DOE subscriber assigned IP, address 76.188.216.18, | ) ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff has filed a notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), seeking to voluntarily dismiss this action without prejudice. (Doc. #8).

Plaintiff's Complaint is hereby dismissed without prejudice at the Plaintiff's request.

IT IS SO ORDERED.

/s/ Donald C. Nugent
DONALD C. NUGENT
United States District Judge

DATE: January 2, 2024